*E-FILED: July 22, 2013*

Cris C. Vaughan SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378
Email:  ccvaughan@sbcglobal.net

Attorney for Plaintiff,
ADRIAN SANCHEZ GONZALEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN SANCHEZ GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN RAMON DE LA TORRE, Individually and d/b/a SUPER TAQUERIA; JUAN MANUEL DE LA TORRE PROPERTIES, LLC, a California limited liability company; and DOES 1-50,<br><br>    Defendants. | CASE NO.:  CV-12-04843-HRL<br><br>**STIPULATED DISMISSAL; [PROPOSED] ORDER {FRCP 41 (a)(1)}**<br><br>Complaint Filed: September 14, 2012 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1).  The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

/ / /

Dated: July 19, 2013     **VAUGHAN & ASSOCIATES**

By: /s/ Cris C. Vaughan
CRIS C. VAUGHAN
Attorney for Plaintiff ADRIAN SANCHEZ GONZALEZ

Dated: July 19, 2013     **EMPLOYMENT RIGHTS ATTORNEYS**

By: /s/ Richard D. Schramm
RICHARD D. SCHRAMM
Attorney for Defendants SUPER TAQUERIA, et al.

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: July 22, 2013

~~United States District Judge~~
United States Magistrate Judge
Howard R. Lloyd