*E-FILED: July 22, 2013*

1  Cris C. Vaughan SBN 99568
2  VAUGHAN & ASSOCIATES
   6207 South Walnut Street, Suite 800
3  Loomis, CA 95650
4  Telephone: 916-660-9401
   Facsimile: 916-660-9378
5  Email:  ccvaughan@sbcglobal.net

6  Attorney for Plaintiff,
   ADRIAN SANCHEZ GONZALEZ
7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 | ADRIAN SANCHEZ GONZALEZ,           | CASE NO.:  CV-12-04843-HRL
12 |     Plaintiff,                     | **STIPULATED DISMISSAL;**
13 |                                    | **[PROPOSED] ORDER**
   |                                    | **{FRCP 41 (a)(1)}**
14 | v.
15 | JUAN RAMON DE LA TORRE,
   | Individually and d/b/a SUPER
16 | TAQUERIA; JUAN MANUEL DE LA        | Complaint Filed: September 14, 2012
   | TORRE PROPERTIES, LLC, a California
17 | limited liability company; and DOES 1-
18 | 50,
19 |     Defendants.
20

21     **IT IS HEREBY STIPULATED** by and between the parties to this action through
22 their designated counsel that this action be and is hereby dismissed with prejudice
23 pursuant to FRCP 41 (a)(1).  The Parties shall bear their own costs and attorneys' fees in
24 connection with the Lawsuit and the negotiation and preparation of this Agreement.
25 / / /

-1-
*STIPULATED DISMISSAL*

1 | Dated: July 19, 2013                               **VAUGHAN & ASSOCIATES**

By:   /s/ Cris C. Vaughan
        CRIS C. VAUGHAN
        Attorney for Plaintiff ADRIAN SANCHEZ GONZALEZ

Dated: July 19, 2013                               **EMPLOYMENT RIGHTS ATTORNEYS**

By:   /s/ Richard D. Schramm
        RICHARD D. SCHRAMM
        Attorney for Defendants SUPER TAQUERIA, et al.

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**.

Dated: July 22, 2013

~~United States District Judge~~
United States Magistrate Judge
Howard R. Lloyd